FILED
CLERK, U.S. DISTRICT COURT
9/21/26
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**In re 17 U.S.C. § 512(h) Subpoena to Cloudflare, Inc.**

**Case No. 2:26-mc-00080-UA**

JOHN DOE,

Movant,

v.

MOTION PICTURE ASSOCIATION, INC.,

Respondent.

**MOTION TO QUASH OR MODIFY SUBPOENA, REQUEST FOR PERMISSION TO PROCEED UNDER PSEUDONYM, AND REQUEST FOR TEMPORARY STAY OF DISCLOSURE**

John Doe, a person whose identifying information is sought from Cloudflare, Inc. by subpoena in this matter, respectfully moves for an order quashing or modifying the subpoena and temporarily staying disclosure while the Court considers this motion. Movant also requests permission to proceed under the pseudonym "John Doe" because the subpoena seeks personally identifying information and the requested disclosure would defeat the privacy protection Movant is seeking.

BACKGROUND

1. On September 8, 2026, the Clerk issued a subpoena to Cloudflare, Inc. in Case No. 2:26-mc-00080-UA. The subpoena states that it seeks information sufficient to identify alleged infringers of motion pictures described in an attached notification letter.

2. The subpoena seeks, among other things, names, physical addresses, IP addresses, telephone numbers, email addresses, payment information, account updates, and account history.

3. Cloudflare notified Movant on September 18, 2026 that the subpoena concerns the domain empire-streaming.us and that Cloudflare intends to produce the requested information unless Movant intervenes.

4. Cloudflare subsequently informed Movant that, absent receipt by September 23, 2026 of a certified copy of a motion to quash or other judicial filing challenging disclosure, Cloudflare expects to produce the requested information.

5. Movant seeks relief before disclosure occurs.

ARGUMENT

6. Federal Rule of Civil Procedure 45(d)(3) requires or permits a court to quash or modify a subpoena in specified circumstances, including where the subpoena fails to allow a reasonable time

to comply, requires disclosure of protected matter, or subjects a person to undue burden. Fed. R. Civ. P. 45(d)(3)(A).

7. Rule 45 also permits a court to protect a person affected by a subpoena through appropriate modification or conditions. Fed. R. Civ. P. 45(d)(3)(B).

8. The subpoena seeks a broad category of identifying and account information concerning the person associated with the identified domain. Movant requests that the Court review whether the requested scope and disclosure are appropriate under 17 U.S.C. § 512(h), Rule 45, and the circumstances presented by the underlying notification.

9. Movant has not been provided, in the materials presently available to Movant, with sufficient detail concerning the underlying allegations to determine whether the requested disclosure is properly limited to the statutory purpose of identifying an alleged infringer. Movant therefore requests that the Court require the requesting party to establish the statutory and procedural basis for the requested disclosure before Cloudflare releases personally identifying information.

REQUEST TO PROCEED UNDER PSEUDONYM

10. Movant requests permission to proceed as John Doe. The subpoena seeks identifying information including name, address, telephone number, email address, IP address, payment information, and account history. Publicly identifying Movant while Movant seeks judicial review of disclosure would substantially undermine the privacy interest at issue.

11. Movant is willing to provide identifying information to the Court under seal or through another procedure the Court directs. Movant does not seek to conceal his identity from the Court; he seeks only to prevent public disclosure while the Court considers the subpoena.

REQUEST FOR TEMPORARY STAY

12. Cloudflare has advised Movant that it expects to produce the requested information unless Movant provides a certified copy of a judicial filing by September 23, 2026. Movant therefore requests an immediate temporary stay or other order directing Cloudflare not to disclose the requested information until the Court has ruled on this motion.

PRAYER FOR RELIEF

WHEREFORE, Movant respectfully requests that the Court:

(a) permit Movant to proceed under the pseudonym John Doe, with identifying information provided to the Court under seal if required;

(b) temporarily stay Cloudflare's production of the requested information pending resolution of this motion;

(c) quash the subpoena or, alternatively, modify and limit it to the extent the Court determines appropriate; and

(d) grant such other relief as the Court considers just and proper.

Dated: September 21, 2026

Respectfully submitted,

/s/ John Doe

John Doe

Movant, pro se

CERTIFICATE OF SERVICE

I certify that on September 21, 2026, I served a copy of this Motion to Quash or Modify Subpoena on counsel for Motion Picture Association, Inc. identified on the subpoena, and on Cloudflare, Inc., by electronic delivery to the addresses available to Movant.

/s/ John Doe

John Doe